

# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122  FACSIMILE (212) 949-7054
www.mcblaw.com

STACIE L. YOUNG
PARTNER

DIRECT DIAL: (212) 697-3557
E-MAIL: syoung@mcblaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-10
```

July 26, 2010

*While the issue of subject matter jurisdiction may be revisited at a future time, I am satisfied, at present, that the amount in controversy requirement has been satisfied.*

**Via Fax: (212) 805-7949**
Honorable Kevin P. Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Employers Ins. Co. Of Wausau v. Munich Reinsurance America, Inc.**
Civil Action No.: 10 CV 3558 (KPC)
MCB File No.: 70-81952

SO ORDERED
/s/ P. Kevin Castel USDJ
7-30-10

Dear Judge Castel:

We represent Employers Insurance Company of Wausau ("Wausau") in the above-referenced matter. Wausau submits this letter reply brief in response to the letter brief submitted by Munich Reinsurance America Inc. ("Munich Re") dated July 19, 2010, and as directed by the Court during the pretrial conference held on June 28, 2010.

Having reviewed Munich Re's July 19, 2010 letter brief on the question of the amount in controversy, it appears to Wausau that the parties are in agreement, both having concluded that the Court possesses subject matter jurisdiction over this action. The parties' comporting positions are based upon case law directing that the Court ought to rely on the amount in dispute in the underlying arbitration to determine the amount in controversy for the purposes of determining whether subject matter jurisdiction exists. In light of the fact that the amount in dispute in the underlying arbitration far exceeds the $75,000 jurisdictional threshold, the parties agree that the requisite basis exists and that the Court possesses the necessary subject matter jurisdiction to hear this disqualification lawsuit.

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE
EAST MEADOW, NY 11554-1578
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-0513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584

Hon. P. Kevin Castel
Wausau v Munich Re – 10 Civ 3558
July 26, 2010
Page 2

      Absent the Court's direction that the parties are to proceed otherwise, Wausau will continue to fulfill its obligations in this action under the assumption that the Court possesses subject matter jurisdiction.

Respectfully submitted,

MARTIN CLEARWATER & BELL LLP

Stacie L. Young

cc:   **Via Fax (212) 953-2462**
     Bruce M. Friedman, Esq.
     Rubin, Fiorella & Friedman LLP
     292 Madison Avenue
     New York, New York 10017