UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Employers Insurance Company of Wausau,

            Plaintiff(s),

   -against-                                  10 Civ. 3558 (PKC)

Munich Reinsurance America, Inc.,

            Defendant(s).                    ORDER

---

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10-7-10]

P. KEVIN CASTEL, U.S.D.J.

      Pre-trial conference originally scheduled for October 15, 2010 has been rescheduled to Thursday, October 14, 2010 at 12:15 p.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated:  New York, New York
          October 7, 2010