70-81952

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

                Plaintiff,

    -v-

MUNICH REINSURANCE AMERICA,
INC.,

                Defendant.

------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**10 CV 3558 (PKC)**

    **PLEASE TAKE NOTICE**, that upon the annexed Declaration of MARK C. KAREKEN, with exhibits attached thereto, MARTIN CLEARWATER & BELL LLP, the attorneys of record for plaintiff, EMPLOYERS INSURANCE COMPANY OF WAUSAU, will move this Court before the United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order:

    (a)    pursuant to Fed. R. Civ. P. 56 granting summary judgment dismissing, with prejudice, as to Plaintiff, Employers Insurance Company of Wausau.

    (b)    granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       October 29, 2010

                Yours, etc.

                MARTIN CLEARWATER & BELL LLP

                By: _____
                    Stacie L. Young (SLY - 0578)
                    Attorneys for Plaintiff
                    220 East 42nd Street
                    New York, New York 10017
                    (212) 697-3122

483740_1.DOC

TO:   Rubin, Fiorella & Friedman LLP
      Attorneys for Defendant
      292 Madison Avenue, 11th Floor
      New York, New York 10017
      (212) 447-4644