Bruce M. Friedman (BF9074)
Crystal Monahan (CM1415)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
Phone: 212-447-4644
Fax: 212-953-2462
Attorneys for Munich Reinsurance America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

                        Plaintiff,

v.

MUNICH REINSURANCE AMERICA, INC.,

                        Defendant.
------------------------------------------------------------X

10 CV 3558 (PKC)

**NOTICE OF CROSS-MOTION**
**FOR SUMMARY JUDGMENT**

      **PLEASE TAKE NOTICE**, that upon the annexed Affidavits of CRYSTAL MONAHAN and BRUCE M. FRIEDMAN, sworn to on November 12, 2010, with exhibits attached thereto, Defendant Munich Reinsurance America, Inc. shall move the Honorable P. Kevin Castel, District Court Judge, at the United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment in favor of Munich Re America, Inc. and dismissing

Plaintiff's Complaint, with prejudice, and granting other and further relief as the Court deems just and proper.

Dated: New York, New York  
November 12, 2010

Yours, etc.  
**RUBIN, FIORELLA & FRIEDMAN LLP**

By: _/s/ Bruce Friedman_  
Bruce M. Friedman  
Crystal D. Monahan  
Attorneys for Munich Reinsurance America, Inc.  
292 Madison Avenue, 11th Floor  
New York, New York 10017  
(212) 953-2381

TO: Martin Clearwater & Bell LLP  
Stacie L. Young, Esq.  
Attorneys for Plaintiff  
Employers Insurance Company of Wausau  
220 East 42nd Street  
New York, NY 10017  
212-697-3122