Bruce M. Friedman (BF9074)
Crystal Monahan (CM1415)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
Phone: 212-447-4644
Fax: 212-953-2462
Attorneys for Munich Reinsurance America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

                Plaintiff,

-v-

MUNICH REINSURANCE AMERICA, INC.,

                Defendant.

Docket No.: 10-CV-3558 (PKC)

**AFFIDAVIT OF CRYSTAL MONAHAN IN SUPPORT OF MUNICH REINSURANCE AMERICA, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

**CRYSTAL MONAHAN**, being duly sworn, deposes and states as follows:

1. I am a member of the Bar of this Court and am associated with the firm of Rubin, Fiorella & Friedman LLP (hereinafter "RFF"), attorneys for Defendant Munich Reinsurance America, Inc. (hereinafter "Munich Re") in connection with a reinsurance arbitration commenced against Plaintiff Employers Insurance Company of Wausau ("Wausau") on April 8, 2010 under certain excess of loss reinsurance contracts between the parties.

2. I submit this affidavit in support of Munich Re's cross-motion for summary judgment. I have personal knowledge of the facts hereinafter related, except as otherwise stated, and if called as a witness in this proceed could and would testify competently thereto.

4. I have reviewed the documents concerning the *Paladin v Wausau* arbitration in RFF's

possession, which I produced to Wausau during the proceeding. That review revealed no documents making references to Andrew Manavel, Jonathan Rosen, Lawrence Monin, or Paul Thomson.

5. I further respectfully refer the Court to Munich Re's Reply Memorandum in Support of its Cross Motion for Summary Judgment, as well as Munich Re's Local Civil Rule 56.1 Statement of Material Facts, Munich Re's Memorandum of Law submitted in support of its Cross-Motion for Summary Judgment, the Affidavit of Bruce Friedman submitted in opposition to Wausau's Motion for Summary Judgment and in support of Munich Re's Cross-Motion for Summary Judgment, and my Affidavit submitted in support of Munich Re's Cross-Motion for Summary Judgment..

**WHEREFORE,** Munich Re respectfully requests that this Court grant Munich Re's cross motion for summary judgment, and grant such other and further relief as it may deem just and proper in the circumstances.

**CRYSTAL MONAHAN**

Sworn to before me this
10th day of December, 2010

Notary Public

Carolyn Davila
Notary Public State of New York
No. 01DA6031367
Qualified in Kings County
Commission Expires September 27, 2013