UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EMPLOYERS INSURANCE COMPANY OF
WAUSAU,

                       Plaintiff,         :    10 Civ. 3558 (PKC)

                    -against-        :    ORDER

MUNICH REINSURANCE AMERICA, INC,

                      Defendant.

-----------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2-1-12

CASTEL, District Judge:

        Within 14 days of this Order the parties are to jointly report to the Court on the status of the underlying arbitration.

        SO ORDERED.

Dated: New York, New York
       February 1, 2012

                                                      P. Kevin Castel
                                          United States District Judge