```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMPLOYERS INSURANCE COMPANY OF
WAUSAU,

                    Plaintiff,

                    -against-

MUNICH REINSURANCE AMERICA, INC,

                    Defendant.
-----------------------------------------------------------x

10 Civ. 3558 (PKC)

ORDER

CASTEL, District Judge:

        Within 14 days of this Order the parties are to jointly report to the Court on the status of the underlying arbitration.

        SO ORDERED.

Dated: New York, New York
        February 1, 2012

                                            P. Kevin Castel
                                        United States District Judge

*[Handwritten annotation:]* The parties shall update their joint report by July 6, 2012. SO ORDERED. /s/ PKC, USDJ 6-27-12

```
USDS SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6-27-12
```