# RUBIN, FIORELLA & FRIEDMAN LLP
## ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4620
E-MAIL: bfriedman@rubinfiorella.com

**MEMO ENDORSED**

June 28, 2012

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6-28-12]

*[Handwritten endorsement: Update report by September 10, 2012. SO ORDERED. USDJ 6-28-12]*

**VIA FAX: (212) 805-7949**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Employers Ins. Co. Of Wausau v. Munich Reinsurance America, Inc.**
Civil Action No.: 10-CV-3558(PKC)

## SECOND JOINT STATUS REPORT REGARDING ARBITRATION

Dear Judge Castel:

Please accept this letter as the parties' second joint status report. A hearing was conducted in the underlying arbitration on June 25 through June 27, 2012, and the Panel has begun its deliberations. The Panel has determined to keep the record open for the limited purpose of receiving Munich Re's counsel's invoices, in the event the Panel determines to grant Munich Re's request for an award of attorneys' fees and disbursements. If said invoices are produced, Wausau's counsel will be given an opportunity to challenge the reasonableness of the fees and disbursements. We anticipate a Final Award from the Panel on all issues within 30 days. If the court requires any additional details, we would be pleased to provide them.

Respectfully submitted,

*[signature]*

Bruce M. Friedman

cc: Geri Horenstein, Esq.
    Martin Clearwater & Bell
    Attorneys for Plaintiff
    Fax: (212) 949-7054
    Email: horeng@mcblaw.com