# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4620
E-MAIL: bfriedman@rubinfiorella.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7-13-12

July 13, 2012

**MEMO ENDORSED**

Application granted.
SO ORDERED
[signature] PKC USDJ
7-13-12

**VIA FAX: (212) 805-7949**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Employers Ins. Co. Of Wausau v. Munich Reinsurance America, Inc.
Civil Action No.: 10-CV-3558(PKC)

**RENEWED REQUEST FOR PRE-MOTION CONFERENCE**

Dear Judge Castel:

Defendant Munich Reinsurance America, Inc., ("Munich Re") respectfully requests permission to submit a reply letter in support of its renewed request for a pre-motion conference in order to proceed with a motion for sanctions. Employers Ins. Co. of Wausau's ("Wausau") letter in opposition to Munich Re's request, filed yesterday, contains misstatements and omits material information. Munich Re wishes to respond only to correct the misstatements and to clarify the record.

Respectfully submitted,

Bruce Fried

Bruce M. Friedman

cc: Geri Horenstein, Esq.
Martin Clearwater & Bell
Attorneys for Plaintiff
Fax: (212) 949-7054
Email: horeng@mcblaw.com