Bruce M. Friedman (BF9074)
Crystal Monahan (CM1415)
RUBIN, FIORELLA & FRIEDMAN LLP
630 Third Avenue, 3rd Floor
New York, New York 10017
Phone: 212-953-2381
Fax: 212-953-2462
Attorneys for Munich Reinsurance America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

        Plaintiff-Counterclaim Defendant,

        -v-

MUNICH REINSURANCE AMERICA, INC.,

        Defendant-Counterclaim Plaintiff

Docket No.: 10-CV-3558 (PKC)

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c):

1. Munich Reinsurance America, Inc.'s ("Munich Re") counterclaims in the above-captioned action are voluntarily dismissed with prejudice;

2. Munich Re's request for sanctions is withdrawn with prejudice; and

3. The dismissal is without costs to either party.

By: _____
Bruce M. Friedman, Esq.
Rubin, Fiorella & Friedman LLP
Counsel for Defendant
630 Third Avenue, 3rd Floor
New York, New York 10017
Phone: 212-953-2381

By: _____
Geri B. Horenstein, Esq.
Martin Clearwater & Bell LLP
Counsel for Plaintiff
220 East 42nd Street
New York, New York 10017
Phone: 212-697-3122

Dated: New York, New York
       July ____, 2012

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

2