Case 1:10-cv-0355?-PKC     Document 66     Filed 07/24/12     Page 1 of 2

Bruce M. Friedman (BF9074)
Crystal Monahan (CM1415)
RUBIN, FIORELLA & FRIEDMAN LLP
630 Third Avenue, 3rd Floor
New York, New York 10017
Phone: 212-953-2381
Fax: 212-953-2462
Attorneys for Munich Reinsurance America, Inc.

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:  7-24-12            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,                                    Docket No.:  10-CV-3558 (PKC)

        Plaintiff-Counterclaim Defendant,

            -v-                              **STIPULATION OF VOLUNTARY
                                              DISMISSAL**

MUNICH    REINSURANCE    AMERICA,
INC.,

        Defendant-Counterclaim Plaintiff

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the
respective parties hereto that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and
41(c):

1.    Munich Reinsurance America, Inc.'s ("Munich Re") counterclaims in the above-
caption action are voluntarily dismissed with prejudice;

2.    Munich Re's request for sanctions is withdrawn with prejudice; and

3.    The dismissal is without costs to either party.


By: _____
      Bruce M. Friedman, Esq.
      Rubin, Fiorella & Friedman LLP
      Counsel for Defendant
      630 Third Avenue, 3rd Floor
      New York, New York 10017
      Phone: 212-953-2381


By: _____
      Geri B. Horenstein, Esq.
      Martin Clearwater & Bell LLP
      Counsel for Plaintiff
      220 East 42nd Street
      New York, New York 10017
      Phone: 212-697-3122


Dated: New York, New York;          SO ORDERED:
       July ____, 2012

                                    _____
                                    P. Kevin Castel
                                    United States District Judge

                                    7-24-12

2